IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 6:21CR10018-001-EFM

NANCY MARTIN,

Defendant.

JOINT MOTION TO LIFT STAY OF COURT'S ORDER DIRECTING UNITED STATES TO CALCULATE INTERST AND MOTION TO DISBURSE FUNDS

The United States of America, by Ryan A. Kriegshauser, United States Attorney for the District of Kansas, and Michelle Jacobs, Assistant United States Attorney, and Defendant Nancy Martin, by her counsel Branden A. Bell, jointly move the Court for an order lifting the stay of the Court's order directing the United States to calculate interest on the restitution judgment and directing the Court Clerk to disburse restitution to victim ESPA.

In support of this motion, the parties state as follows:

1. On March 4, 2025, the Court held a hearing on two motions filed by Defendant Nancy Martin seeking to modify her restitution judgment. The Court denied in part Martin's Motion to Modify and Stay Enforcement of Restitution Order (Doc. 219) and denied Martin's Motion to Modify Restitution (Doc. 286). Doc. 294. Additionally, the Court found, based on unusual circumstances specific to this case, the funds held in CRIS should be considered as not yet paid to the Court resulting in continued accrual of interest on the restitution payable to non-federal victim Emergency Services, P.A., pursuant to 18 U.S.C. § 3612. To determine the amount

of interest payable to non-federal victim Emergency Services, P.A., the Court orally ordered the United States to compute the accrual of post-judgment interest through Friday, March 7, 2025.

2. At the time the order was entered, the parties and the Court neglected to consider that Defendant Martin's appeal (*United States v. Nancy Martin*, United States Court of Appeals for the Tenth Circuit; Appeal No. 24-3140) was pending and disbursement to the victims should be delayed until after resolution of the appeal.

3. On March 13, 2025, the Court entered an Order Granting the United States' Motion to Stay Court's Order Directing United States to Calculate Interest (Doc. 298), staying the Court's directive to the United States to compute the accrual of post-judgment interest.

4. On March 20, 2025, Defendant Nancy Martin filed a Notice of Appeal of the Court's March 6, 2026 order denying her motion to modify restitution (Doc. 294). Doc. 300. The Tenth Circuit Court of Appeals docketed this as Appeal No. 25-3048.

5. Defendant Nancy Martin entered into a Settlement Agreement and Release with victim ESPA and others to resolve restitution and civil claims. As part of that agreement, Defendant Nancy Martin agreed, regardless of the outcome of the appeal of her habeas case (10CCA Appeal No. 24-3140), she would voluntarily dismiss her appeal of the order denying her motion to modify restitution (10CCA Appeal No. 25-3048).

6. On June 22, 2026, Defendant Nancy Martin filed a motion to voluntarily dismiss *United States v. Nancy Martin*, United States Court of Appeals for the Tenth Circuit; Case No. 25-3048. On August 19, 2026, the United States Court of Appeals for the Tenth Circuit granted the motion and the Court Clerk docketed a copy of the order as a Mandate in this case (Doc. 310).

7. Since the appeal has been resolved and Defendant Nancy Martin has agreed that the appeal of her habeas case (10CCA Appeal No. 24-3140) will not impact the restitution order,

the United States and Defendant Nancy Martin agree it is appropriate to lift the stay ordered by this Court and direct the Court Clerk to disburse restitution payable to victim ESPA.

8. Further, the United States and Defendant Nancy Martin agree it is appropriate to compute the accrual of post-judgment interest through June 5, 2026.

9. Interest accrued on restitution payable to ESPA as of August 31, 2026, is $463,698.97. This represents $106,301.26 interest from the restitution principal, and $357.397.71 interest from CRIS.

10. Therefore, the total amount payable to victim ESPA is $3,381,603.72 ($2,917,879.75 restitution, plus $25.00 from BOP payment, plus $463,698.97 interest).

11. The Court Clerk currently holds $3,381,603.72 in the Registry of the Court under Case 21CR10018-001.

12. The United States and Defendant Nancy Martin agree it is appropriate for the Court Clerk to disburse $3,381,603.72 to victim ESPA.

13. The United States Attorney for the District of Kansas waived the remaining $17,616.87 in accrued interest pursuant to 18 U.S.C. § 3612(h).

WHEREFORE the United States of America and Defendant Nancy Martin jointly request the Court to:

1) lift the stay detailed in its Order Granting the United States' Motion to Stay Court's Order Directing United States to Calculate Interest (Doc. 298);

2) order post-judgment interest computed as of June 5, 2026, for total post-judgment interest of $463,788.97; and direct the Court Clerk to disburse restitution in the amount of $3,381,603.72 to victim ESPA as soon as practicable. Restitution is ordered to be disbursed electronically per established court procedure, payable to

Emergency Services, P.A. in accordance with the banking information provided by victim's counsel.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

s/ Michelle A. Jacobs
MICHELLE JACOBS
Assistant United States Attorney
Ks. S.Ct. No. 221261
Federal Building, Suite 290
444 SE Quincy
Topeka, Kansas, 66683-3592
PH: 785-295-2850
FX: 785-295-2658
E-mail: michelle.jacobs@usdoj.gov
Attorneys for the Plaintiff United States

THE BELL FIRM LLC

s/Branden A. Bell
BRANDEN A. BELL, KS #22618
P.O. Box 126
Lawrence, Kansas 66044
PH: 785.256.0044
E-mail: brandenbell@kansasdefenders.com
Counsel for Nancy Martin

CERTIFICATE OF SERVICE

I certify that on September 3, 2026, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice to all parties receiving notices electronically.

I further certify that on this date the foregoing document and the notice of electronic filing were served via U.S. mail upon the following non-CM/ECF participant: None.

s/ Michelle A. Jacobs
MICHELLE JACOBS
Assistant United States Attorney